**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RICARDEAU FLEURI, | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civil No. 2:26-cv-04076-JLS |
| | : | |
| J.L. JAMISON, *et al*., | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this 15th day of June, 2026, upon review of Petitioner Ricardeau Fleuri's Petition for Writ of Habeas Corpus (ECF No. 1), **IT IS HEREBY ORDERED** as follows:

1. Respondents are **ENJOINED** from removing or transferring Petitioner from the Eastern District of Pennsylvania pending further order of this Court; and

2. Respondents shall file a response on or before **Thursday, June 18, 2026, at 5:00 PM.**

BY THE COURT:

*/s/ Jeffrey L. Schmehl*　　　　　　　
**JEFFREY L. SCHMEHL**
United States District Court Judge